

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00631-CV

Chukwuzoba Mary Cynthia **ORAEKWE**,
Appellant

v.

Peter C. **ORAEKWE**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI05714
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

 This court assigned two appeal numbers to the "Notice of Appeal – Writ of Habeas Corpus" filed with the trial court clerk on September 26, 2022, in trial court cause number 2020CI05714. This court assigned (1) cause number 04-22-00627-CV for purposes of the writ of habeas corpus and (2) cause number 04-22-00631-CV for purposes of the notice of appeal. On September 28, 2022, counsel for the appellant filed a letter with this court stating, "Our intention was only to seek a Writ of Habeas Corpus relief and Temporary Emergency relief under it. It was not the intention to file for an appeal." It is therefore ORDERED that appeal number 04-22-00631-CV will be treated as a closed case for administrative purposes.

_____
Lori I. Valenzuela, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court